# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN CROSS,<br><br>        Plaintiff,<br>v.<br><br>SMITH'S FOOD AND DRUG,<br><br>        Defendant. | Case No.: 2:22-cv-01346-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 5] |

On September 20, 2022, Magistrate Judge Koppe recommended that I dismiss plaintiff Shawn Cross's complaint because this court lacks subject matter jurisdiction over this case. ECF No. 5. Cross filed an objection. ECF No. 7.

I have conducted a de novo review of the issues as required by Local Rule IB 3-2. As Judge Koppe points out, the complaint does not provide a sufficient basis for federal question jurisdiction. And Cross's objection likewise fails to demonstrate how a federal question is at issue in this dispute. Judge Koppe's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision, and I accept and adopt it as my own. Cross may pursue his claims in state court, but jurisdiction is lacking in this federal court.

I THEREFORE ORDER that the Report and Recommendation **(ECF No. 5) is accepted**, and this case is dismissed without prejudice. The clerk of the court shall close this case.

DATED THIS 2nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE